UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NARDECA REID, *individually, and on
behalf of all others similarly situated*,

                                    Plaintiff,

                        v.

FOR YOUTH, INC.,

                                    Defendant.

23-CV-1148 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, within thirty (30) days of service of the summons and complaint, the

parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To

the extent the parties are unable to settle the case themselves, they must also discuss whether

further settlement discussions through the district's court-annexed mediation program or before a

magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five

(45) days of service of the summons and complaint), the parties must submit a joint letter

requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate

a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    February 17, 2023
          New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge