UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARDECA REID, | |
| Plaintiff, | 23-CV-1148 (RA) |
| v. | ORDER |
| FOR YOUTH, INC., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On February 17, 2023, the Court ordered the parties to meet and confer within thirty days of service, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. On May 23, 2023, Defendant filed its answer to the Complaint. To date, however, the parties have not filed their joint letter.

By no later than July 19, 2023, the parties shall submit their joint letter, or, in the alternative, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:   July 10, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge